1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MERCEDEZ SANCHEZ,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:17-cv-0620 - JLT

ORDER AMENDING THE SCHEDULING ORDER AND ORDERING PLAINTIFF TO SERVE A CONFIDENTIAL LETTER BRIEF WITHIN THIRTY DAYS

      On May 24, 2017, the Court found service of Plaintiff's First Amended Complaint was appropriate, and ordered the Clerk to issue and serve "Social Security Case Documents, including the Scheduling Order, Order regarding Consent, the Consent Form, and USM-285 Forms." (Doc. 5 at 3) Although the Summons and USM-285 Forms were issued, the Scheduling Order was not issued in this action until November 22, 2017. (Doc. 12)

      In the interim, the Commissioner of Social Security was served, and filed the administrative record in the action on October 5, 2017. (Doc. 10) Pursuant to the filing deadlines in the Scheduling Order, Plaintiff would have been obligated to serve a confidential letter brief within thirty days of the filing of the administrative record, or no later than November 1, 2017. (*See* Doc. 12 at 2) However, because the Scheduling Order had not yet been issued, Plaintiff's counsel did not have notice of the filing deadlines. Therefore, the Court finds it necessary to amend its Scheduling Order *sua sponte* to set an appropriate deadline for Plaintiff to serve her confidential letter brief.

Accordingly, the Court **ORDERS**:

1.      Plaintiff **SHALL** serve a confidential letter brief upon Defendant within thirty days of the date of service of this order; and

2.      No further modifications of the Scheduling Order are authorized at this time.

IT IS SO ORDERED.

Dated:   **November 27, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE