**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCEDEZ SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-0620- JLT<br><br>ORDER GRANTING AN EXTENSION OF TIME<br><br>(Doc. 16) |

The parties have stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 16) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 12 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

　　1.　　The request for an extension of time (Doc. 16) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file an opening brief on or before **April 2, 2018**.

IT IS SO ORDERED.

　Dated:　**March 1, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE