# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDEZ SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00620 - JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 18) |

Mercedez Sanchez and Nancy Berryhill, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 18) Thus, the Court **ORDERS**:

1. Plaintiff's social security appeal is **DISMISSED** with prejudice; and
2. The Clerk of Court **IS DIRECTED** to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **March 19, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE